IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES CHEATWOOD and LISA CHEATWOOD, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. CIV-10-137-JHP |
| RON LOCKHART, TRAVIS GABBERT, DENNIS THOMAS and MARK COINER, | ) ) ) ) | |
| Defendants. | ) | |

## **JUDGMENT**

Pursuant to the Order dismissing this case the 2nd day of June, 2011, the Court enters judgment for the Defendants, and against the Plaintiffs.

**IT IS SO ORDERED** this 2nd day of June, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma