IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES CHEATWOOD and LISA CHEATWOOD, ) ) ) Plaintiffs, ) ) v. ) ) RON LOCKHART, TRAVIS GABBERT, ) DENNIS THOMAS and MARK COINER, ) ) Defendants. ) | Case No. CIV-10-137-JHP |

## AMENDED JUDGMENT

Pursuant to the Amended Order dismissing this case without prejudice on the 21st day of June, 2011, the Court enters judgment for the Defendants, and against the Plaintiffs.

**IT IS SO ORDERED** this 21st day of June, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma